UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JASON EARL SHIRLEY, | Civil No. 6:13-cv-01706-RE |
| Plaintiff, | |
| v. | ORDER OF REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall update the treatment evidence on Plaintiff's medical conditions and reevaluate Plaintiff's credibility. The ALJ shall reevaluate the treating medical source opinions from Dr. Woods, as well as any other treating, examining, or non-examining medical source opinions in the updated record and explain the reasons for the weight given to the opinion evidence. The ALJ shall further consider Plaintiff's residual functional capacity on the updated record and whether

Page 1    PROPOSED ORDER OF REMAND - [6:13-cv-01706-RE]

Plaintiff has past relevant work he could perform with the limitations established by the evidence. As appropriate, the ALJ should obtain supplemental evidence from a vocational expert to clarify the effect of the assed limitations on Plaintiff's occupational base.

Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

IT IS SO ORDERED this _2a_ day of _SEPTEMBER_, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

RONALD K. SILVER, OSB #050206
Assistant United States Attorney

s/ Heather L. Griffith
HEATHER L. GRIFFITH
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3709

Page 1   PROPOSED ORDER OF REMAND - [6:13-cv-01706-RE]